IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO ARANA,

        Petitioner,

    v.

TIM VIRGA, Warden,

        Respondent.
                                            /

No. C 11-1972 WHA (PR)

**ORDER GRANTING LEAVE TO FILE AMENDED PETITION; GRANTING EXTENSION OF TIME**

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. On May 29, 2011, respondent was ordered to show cause why the petition should not be granted based upon the eleven claims set forth therein. Thereafter, a First Amended Petition, which sets forth the same or similar eleven claims, was received from petitioner on May 24, 2011. Good cause appearing, leave to file the First Amended Petition is **Granted** and it supersedes the original petition. The Clerk shall mail a copy of the First Amended Petition to the California Attorney General's Office. Respondent's answer or other response to the petition, as ordered in the Order to Show Cause, shall be based upon the First Amended Petition. Respondent is granted an extension of time of **thirty days** in which to respond to the First Amended Petition. All other provisions of the Order to Show Cause shall remain in effect.

**IT IS SO ORDERED.**

Dated: July   5  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\ARANA1972.AMD.wpd